# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-4261

_____

Letsie Bass

*Plaintiff - Appellant*

v.

University of Arkansas at Pine Bluff

*Defendant*

Laurence B. Alexander, In His Capacity as Chancellor, UAPB (originally named
as Calvin Johnson); Elbert Bennett, in His Capacity as Director of Student Affairs,
UAPB; University of Arkansas System, Through its Board of Trustees, Donald R.
Bobbitt, President

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: July 26, 2017
Filed: August 1, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Letsie Bass appeals the district court's[1] dismissal of her employment discrimination complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Having conducted a thorough review, this court concludes that dismissal was proper for the reasons explained by the district court. *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (grant of motion to dismiss is reviewed de novo).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.